| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Laughrey, Nanette K. | Western District of Missouri | 4/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Christopher S. Bond Court House
80 Lafayette Street
Jefferson City, Missouri 65101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | University of Missouri Employee Retirement Plan, former employer (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laughrey, Nanette K. | 4/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Missouri Retirement Plan | $21,231.48 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Missouri State Employees' Retirement System (MOSERS) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laughrey, Nanette K. | 4/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laughrey, Nanette K. | 4/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Int'l City Managers Assn., Washington, D.C., Int'l /Global Stock | B | Distribution | K | T | | | | | |
| 2. | Int'l City Managers Assn., Washington, D.C., U.S. Stock | A | Distribution | J | T | | | | | |
| 3. | TSA Pub Sch Ret Equi-Vest, AXA/ Clearbridge Large Cap Gr | A | Distribution | J | T | | | | | |
| 4. | TSA Pub Sch Retirmt Equi-Vest, V.I. Small Cap Equity | A | Distribution | J | T | | | | | |
| 5. | TSA Pub Sch Retirmt Equi-Vest, 1290 VT GAMCO Small Co Val | A | Distribution | J | T | | | | | |
| 6. | TSA Pub Sch Retirmt Equi-Vest, EQ/MFS Int'l Growth | A | Distribution | J | T | | | | | |
| 7. | TSA Pub Sch Retirmt Equi-Vest, Lazard Retirement Emg Mrkts Eqty | | None | | | Sold | 10/19/18 | J | | |
| 8. | TSA Pub Sch Retirmt Equi-Vest, EQ/Lazard Emg Mrkts Eqty | A | Distribution | J | T | Buy | 10/19/18 | J | | |
| 9. | TSA Pub Sch Retirmt Equi-Vest, MFS Utilities | | None | | | Sold | 10/19/18 | K | | |
| 10. | TSA Pub Sch Retirmt Equi-Vest, EQ/MFS Utilities | A | Distribution | K | T | Buy | 10/19/18 | K | | |
| 11. | TSA Pub Sch Retirmt Equi-Vest, Guaranteed Interest Acct | A | Distribution | K | T | | | | | |
| 12. | American Century 403B Plan, Equity Income | B | Int./Div. | L | T | | | | | |
| 13. | Equi-Vest IRA, AXA Guar. Int. Acct | A | Distribution | K | T | | | | | |
| 14. | Mazuma Credit Union (cash equivalent) | A | Int./Div. | K | T | | | | | |
| 15. | First National Bank-Accounts (cash equivalent) | A | Int./Div. | M | T | | | | | |
| 16. | 2010 Missouri Fund | | None | K | T | | | | | |
| 17. | Vanguard 500 Index Fund Adm. | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laughrey, Nanette K. | 4/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Lines 7 and 8: The funds in TSA Pub Sch Retirmt Equi-Vest, Lazard Retirement Emg Mrkts Eqty (listed in Line 7 of the 2017 Financial Disclosure Report) were transferred to TSA Pub Sch Retirmt Equi-Vest, EQ/Lazard Emg Mrkts Eqty (listed in Line 7 of the 2018 Financial Disclosure Report), as the first fund was closed out and renamed.

Section VII, Lines 9 and 10: The funds in the TSA Pub Sch Retirmt Equi-Vest, MFS Utilities Series (listed in Line 8 of the 2017 Financial Disclosure Report) were transferred to TSA Pub Sch Retirmt Equi-Vest, EQ/MFS Utilities (listed in Line 8 of the 2018 Financial Disclosure Report), as the first fund was closed out and renamed.

| Name of Person Reporting | Date of Report |
|---|---|
| Laughrey, Nanette K. | 4/24/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nanette K. Laughrey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544